JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERO WAYS, INC. and BLUE WATER AVIATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MERCURY AIR CENTER - BURBANK, INC. d/b/a ATLANTIC AVIATION; BURBANK AIR SERVICE, INC. and RUBEN PIRANIAN, <br><br> Defendant. | Case No.: 2:14-cv-01194-MWF-JC <br><br> [Assigned for all purposes to Hon. Michael W. Fitzgerald] <br><br> **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Having Considered the Joint Stipulation for Dismissal With Prejudice, it is hereby **ORDERED** that the entire action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.  This Court shall retain jurisdiction over any future action to enforce the terms of either (1) the Settlement Agreement and Release entered into by Blue Water Aviation, Inc., Mercury Air Center- Burbank, Inc. d/b/a Atlantic Aviation, Burbank Air Service, Inc. and Ruben Piranian; or (2) the Settlement Agreement and Release entered into by Aero Ways, Inc., Mercury Air Center- Burbank, Inc. d/b/a Atlantic Aviation, Burbank Air Service, Inc. and Ruben Piranian.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE